# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETTY JO ECKENBERGER,** : | |
|    Petitioner : | No. 1:17-cr-00118-1 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **UNITED STATES OF AMERICA,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 1st day of March 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Betty Jo Eckenberger's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 115), as amended by her Amended Motion to Vacate, Set Aside, and/or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 127), is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 1:19-cv-01808.

                                                                                    s/ Yvette Kane
                                                                 Yvette Kane, District Judge
                                                                 United States District Court
                                                                 Middle District of Pennsylvania